| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TATIANA SAUQUILLO, an individual, | | Case No. 2:19-cv-07651-JFW-PJW |
| | | Hon. John F. Walter |
| | Plaintiff, | |
| | | **[PROPOSED] ORDER GRANTING DEFENDANT COURT OF APPEAL'S SPECIAL MOTION TO STRIKE PLAINTIFF'S EIGHTH CAUSE OF ACTION PURSUANT TO CODE OF CALIFORNIA CIVIL PROCEDURE SECTION 425.16 (ANTI-SLAPP MOTION)** |
| v. | | |
| CALIFORNIA HIGHWAY PATROL, a Law Enforcement Agency of the State of California; CALIFORNIA'S SECOND DISTRICT COURT OF APPEAL, a Judicial Agency of the State of California; JEFFREY W. JOHNSON, Associate Justice for California's Second District Court of Appeal, an individual; and DOES 1 through 20, inclusive, | | |
| | | Complaint Filed:   July 17, 2019 |
| | Defendants. | |

# [PROPOSED] ORDER

This matter is before the Court on Defendant California Court of Appeal, Second Appellate District's ("Court of Appeal") special motion to strike Plaintiff Tatiana Sauquillo's eighth cause of action pursuant to California Code of Civil Procedure section 425.16. Having considered the motion and supporting memorandum, Plaintiff's opposition and complaint, and all other evidence and arguments presented, the Court hereby GRANTS the Court of Appeal's special motion to strike and STRIKES Plaintiff's eighth cause of action with prejudice. The Court GRANTS the Court of Appeal's requests for attorney fees and ORDERS the Court of Appeal to file a separately-noticed motion for attorney fees.

**IT IS SO ORDERED.**

Date: _____     _____
                                                          Hon. John F. Walter
                                                          United States District Judge

**[PROPOSED] ORDER GRANTING ANTI-SLAPP MOTION**