Lisa Bloom (SBN: 158458)
Colleen M. Mullen (SBN: 299059)
THE BLOOM FIRM
20700 Ventura Blvd., Suite 301
Woodland Hills, CA 91364
Telephone: (818) 914-7322
Facsimile: (818) 884-8079
Colleen@TheBloomFirm.com

Attorneys for Plaintiff, Tatiana Sauquillo

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TATIANA SAUQUILLO,<br><br>            Plaintiff,<br><br>        vs.<br><br>CALIFORNIA HIGHWAY PATROL, a Law Enforcement Agency of the State of California; CALIFORNIA'S SECOND DISTRICT COURT OF APPEAL, a Judicial Agency of the State of California; JEFFREY W. JOHNSON, Associate Justice for California's Second District Court of Appeal, an individual; and DOES 1 through 20, inclusive,<br><br>            Defendants. | CASE NO.: 2:19-CV-07651-JFW-PJW<br>Hon. John F. Walter<br><br>**PLAINTIFF'S RESPONSE TO COURT'S SEPTEMBER 16, 2019 DISCLOSURE**<br><br><br><br>Complaint Filed: 7/7/2019<br>Removed to Federal Court: 9/4/2019 |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Pursuant to this Court's order issued at the September 16, 2019, status conference, Plaintiff advises the Court that she will file an amended Complaint within the time limits as prescribed by Fed. R. Civ. Proc. 15. Further, the First Amended Complaint will not include claims under 42. U.S.C. §§ 1981 or 1983.

This Court has discretion to remand the remaining state law claims to state court. *See e.g., Albingia Versicherungs A.G. v. Schenker Int'l Inc.*, 344 F.3d 931, 937 (9th Cir. 2003), *modified*, 350 F.3d 916. Should the Court not do so *sua sponte*, Plaintiff will timely file a motion to remand the action to state court.

Given the Court's representation to the parties that it will remand the action to state court should Plaintiff dismiss the single federal claim, Plaintiff does not have any objections to the Court's limited handling of this matter for purposes of remanding the case to state court.

DATED: September 20, 2019   THE BLOOM FIRM

/s Colleen M. Mullen
Colleen M. Mullen
THE BLOOM FIRM
Attorneys for Plaintiff Tatiana Sauquillo