# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -- GENERAL

| | |
|---|---|
| Case No. **CV 19-7651-JFW(PJWx)** | Date: September 23, 2019 |

Title: Tatiana Sauquillo -v- California Highway Patrol

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING FOURTH CAUSE OF ACTION; and**

**ORDER REMANDING ACTION TO LOS ANGELES SUPERIOR COURT**

     The Court has reviewed Plaintiff's Response to Court's September 16, 2019 Disclosure, filed September 20, 2019 (Docket No. [29]). In light of Plaintiff's representation that she will no longer pursue any federal claims in this action, the Court **DISMISSES without prejudice** Plaintiff's fourth cause of action for employment discrimination on the basis of race in violation of 42 U.S.C. § 1981. As a result of the dismissal of the only claim over which this Court has original jurisdiction, and after considering judicial economy, convenience, fairness, and comity, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining state law claims. Indeed, although Plaintiffs' state and federal law claims are based on similar facts and theories, the state law claims have unique elements and involve complex issues, which are more appropriately resolved by the state court. "Needless decisions of state law should be avoided both as a matter of comity and to promote justice between the parties, by procuring for them a surer-footed reading of applicable law." *United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966). Accordingly, the balance of factors strongly favor declining to exercise jurisdiction over the remaining state law claims and the Court **REMANDS** this action to the Los Angeles Superior Court. Plaintiff will be able to file a First Amended Complaint in state court.

     IT IS SO ORDERED.